THE HONORABLE RICARDO S. MARTINEZ

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re JUNO THERAPEUTICS, INC.

CASE NO.:  C16-1069 RSM

**ORDER GRANTING DEFENDANTS' MOTION PURSUANT TO LCR 7(f) TO FILE OVER-LENGTH BRIEF**

NOTE ON MOTION CALENDAR:
March 30, 2017

This matter is before the Court on Defendants Juno Therapeutics, Inc. ("Juno"), Hans Bishop, Dr. Steven Harr, and Dr. Mark J. Gilbert's (collectively, "Defendants") motion to file an over-length reply brief in support of their motion to dismiss Plaintiffs' Consolidated Amended Class Action Complaint.

Having considered the motion and good cause appearing, the Court hereby **ORDERS** as follows:

ORDER GRANTING DEFS' MOTION TO FILE
OVER-LENGTH BRIEF
NO. C16-1069 RSM

WILSON SONSINI GOODRICH & ROSATI,  PC
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1. The Court GRANTS Defendants' motion. Defendants may file a reply in support of their motion to dismiss of no more than fifteen (15) pages.

Dated this 31st day of March, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email: gwatts@wsgr.com

Joni Ostler, Pro Hac Vice
**WILSON SONSINI GOODRICH & ROSATI, PC**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile:  (650) 565-5100
Email:       jostler@wsgr.com

*Attorneys for Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert*

ORDER GRANTING DEFS' MOTION TO FILE OVER-LENGTH BRIEF
NO. C16-1069 RSM

-1-

WILSON SONSINI GOODRICH & ROSATI, PC
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699