UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re JUNO THERAPEUTICS, INC. | Case No. C16-1069 RSM<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE |

This matter comes before the Court on Plaintiff's Motion for Leave to File Response to Defendants' Notice of Supplemental Authority. Dkt. #70. The Court agrees with Defendants that their Notice of Supplemental Authority (Dkt. #68), complied with Local Rule 7(n) by not containing argument, and that therefore "there is nothing to which Plaintiffs need to respond." Dkt. #71 at 2. Any responsive argument would constitute an improper surreply. The Court further finds that it need not adjust the noting date of Defendants' Motion to Dismiss and that it can request supplemental briefing from the parties, if necessary, at a future date.

Having reviewed the relevant briefing and the remainder of the record, the Court hereby finds and ORDERS that Plaintiff's Motion for Leave to File Response to Defendants' Notice of Supplemental Authority (Dkt. #70) is DENIED.

DATED this 18th day of May 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO FILE RESPONSE - 1