UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In re JUNO THERAPEUTICS, INC. | CASE NO.: C16-1069 RSM<br><br>**STIPULATED MOTION PURSUANT TO LCR 7(j) AND 10(g) TO EXTEND DEFENDANTS' TIME TO FILE ANSWER** |

Pursuant to Local Civil Rule 7(j) and 10(g), Defendants Juno Therapeutics, Inc. ("Juno"), Hans Bishop, Dr. Steven Harr, and Dr. Mark J. Gilbert (collectively, "Defendants"), and Lead Plaintiff Gilbert Hoang Nguyen and named plaintiff Jiayi Wan (collectively, "Plaintiffs"), hereby stipulate and request that the Court extend the time for Defendants to file their Answer to the Plaintiffs' Consolidated Amended Complaint [Dkt. # 47] (the "Complaint") to July 21, 2017, for the following reasons:

Pursuant to a stipulated schedule approved by the Court on October 31, 2016 [Dkt. # 44], Plaintiffs filed their Complaint on December 12, 2016, and Defendants filed a motion to dismiss the Complaint on February 2, 2017 [Dkt. # 55]. On June 14, 2017, the Court issued an Order Denying Defendants' Motion to Dismiss [Dkt. # 74]. Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' Answer to the Complaint is currently due on June 28, 2017. Because the Complaint includes four defendants and over 100 paragraphs of allegations, and due to long-standing vacation plans during the period in which the Answer must be prepared, Defendants require additional time to properly prepare their Answer to the

ORDER

Complaint. Defendants asked, and Plaintiffs agreed that they would not oppose an extension until July 21, 2017 for Defendants to file their Answer to the Complaint. Defendants have also agreed to file their Answer on July 21, 2017 notwithstanding any possible interim motion to reconsider the Court's Order Denying Defendants' Motion to Dismiss.

THEREFORE, for the reasons stated above, the parties request that the Court enter an Order allowing Defendants until July 21, 2017 within which to file their Answer to the Complaint.

Dated: June 21, 2017

*s/ Gregory L. Watts*
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, PC**
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorney for Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert*

Dated: June 21, 2017

*s/ Cliff Cantor*
Cliff Cantor, WSBA #17893
**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, Washington 98074
Telephone: (425) 868-7813
Facsimile: (425) 732-3752
Email: cliff.cantor@outlook.com

*Attorney for Lead Plaintiff Gilbert Hoang Nguyen and Named Plaintiff Jiayi Wan*

**IT IS SO ORDERED** this 21st day of June 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

Joni Ostler, Pro Hac Vice
**WILSON SONSINI GOODRICH & ROSATI, PC**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jostler@wsgr.com

*Attorney for Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert*