UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re JUNO THERAPEUTICS, INC.

CASE NO.: C16-1069 RSM

**STIPULATION AND [PROPOSED] ORDER RE INITIAL DISCLOSURES & JOINT STATUS REPORT AND DISCOVERY PLAN**

WHEREAS, on May 10, 2017, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. # 69), setting forth deadlines for the parties' FRCP 26(f) Conference, the exchange of initial disclosures pursuant to FRCP 26(a)(1), and the filing of the Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f);

WHEREAS, at the time the Court issued the foregoing order, the Defendants' motion to dismiss Plaintiff's complaint for failure to meet the pleading requirements of the Private Securities Litigation Reform Act ("PSLRA") was still pending, and hence, Defendants informed the Court that the PSLRA stay of discovery and all other proceedings was still in place pursuant to 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, on June 14, 2017, the Court issued an Order Denying Defendants' Motion to Dismiss (Dkt. # 74), thus ending the PLSRA stay;

STIP. & ORDER RE INITIAL DISCLOSURES & JOINT STATUS REPORT AND DISCOVERY PLAN
NO. C16-1069 RSM

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

1   WHEREAS, on June 19, 2017, the Court struck the deadlines in the Order Regarding
2   Initial Disclosures, Joint Status Report, and Early Settlement, and required the parties to submit a
3   proposed stipulation regarding revised deadlines for the Court's consideration no later than June
4   27, 2017;

5   WHEREAS, the parties have met and conferred, and have agreed to the following
6   deadlines, subject to the Court's approval:

|  |  |
|---|---|
| Deadline for FRCP 26(f) Conference: | June 22, 2017 (already held) |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | July 17, 2017 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) And Local Civil Rule 26(f): | July 13, 2017 |

IT IS SO STIPULATED.

Dated: June 26, 2017

　　　　　*s/ Gregory L. Watts*
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, PC**
701 Fifth Avenue, Suite 5100
Seattle, Washington 98104
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

*Attorney for Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert*

Dated: June 26, 2017

　　　　　*s/ Cliff Cantor*
Cliff Cantor, WSBA #17893
**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, Washington 98074
Telephone: (425) 868-7813
Facsimile: (425) 732-3752
Email: cliff.cantor@outlook.com
*Attorney for Plaintiffs Gilbert Hoang Nguyen and Jiayi Wan*

STIP. & ORDER RE INITIAL DISCLOSURES & JOINT STATUS REPORT AND DISCOVERY PLAN
NO. C16-1069 RSM

-2-

WILSON SONSINI GOODRICH & ROSATI, P.C.
701 Fifth Avenue, Suite 5100, Seattle, WA 98104-7036
Tel: (206) 883-2500 • Fax: (206) 883-2699

**IT IS SO ORDERED.**

Dated this 27 day of June, 2017.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Telephone: (206) 883-2500
Facsimile: (206) 883-2699
Email: gwatts@wsgr.com

Joni Ostler, Pro Hac Vice
**WILSON SONSINI GOODRICH & ROSATI, PC**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jostler@wsgr.com

*Attorneys for Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert*