UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re JUNO THERAPEUTICS, INC. | No. C16-1069 RSM<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

This matter is before the Court on plaintiffs' motion for class certification, filed September 15, 2017. The Court has studied all moving papers, opposition papers, reply papers, and all other relevant filings.

For good cause shown, and based on the declarations, exhibits, and other evidence on file, the Court finds and concludes that plaintiffs' motion is well taken and defendants do not oppose the requested relief.

Therefore, for the reasons identified in plaintiffs' motion papers and reply papers, and based on the evidence filed therewith, the Court ORDERS as follows:

1. Plaintiffs' motion for class certification is GRANTED under Rule 23(a) and (b)(3) of the Federal Rules of Civil Procedure;

2. The class is defined as all those persons or entities that purchased or otherwise

ORDER GRANTING CLASS CERT.
No. C16-1069 RSM

-1-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

acquired the publicly traded common stock of Juno Therapeutics Inc. ("Juno") from June 4, 2016 to November 22, 2016, both dates inclusive,[1] as proposed in plaintiffs' motion papers;

      3.      The class representatives are Gilbert Hoang Nguyen and Susan Tan, as proposed in plaintiffs' motion papers;

      4.      Class counsel is Pomerantz LLP, as proposed in plaintiffs' motion papers;

      5.      Within 60 days from the ECF filing date of this order, the parties are to (a) meet and confer on the form and manner of providing notice, and (b) file their proposal for providing notice (or different proposals, if they cannot agree) for Court approval.

SO ORDERED.

Dated this 24 day of October, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel:   (425) 868-7813
Fax:   (425) 732-3752
email:  cliff.cantor@outlook.com

*Plaintiffs' Liaison Counsel*

---

[1] Excluded from the Class are any parties who are or have been Defendants in this litigation, the present and former officers and directors of Juno and any subsidiary thereof, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which any current or former Defendant has or had a controlling interest.

ORDER GRANTING CLASS CERT.
No. C16-1069 RSM
-2-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

POMERANTZ LLP
Omar Jafri
Patrick V. Dahlstrom
Leigh H. Smollar
Ten South La Salle Street, Suite 3505
Chicago, Illinois 60603
Tel:    (312) 377-1181
Fax:    (312) 377-1184
email:  ojafri@pomlaw.com
        pdahlstrom@pomlaw.com
        lsmollar@pomlaw.com

POMERANTZ LLP
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Tel:    (212) 661-1100
Fax:    (212) 661-8665
email:  jalieberman@pomlaw.com
        ahood@pomlaw.com

*Plaintiffs' Lead Counsel*

ORDER GRANTING CLASS CERT.
No. C16-1069 RSM

-3-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752