UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re JUNO THERAPEUTICS, INC. | No. C16-1069 RSM<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER RE AMENDMENT TO THE NOTICE OF PENDENCY OF CLASS ACTION** |

Plaintiffs Gilbert Hoang Nguyen and Susan Tan ("Plaintiffs") and Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert (collectively, "Defendants") having met and conferred, submit the following Stipulation Regarding Amendment to the Notice of Pendency of Class Action, and ask the Court to enter an Order consistent with this Stipulation.

WHEREAS, on December 21, 2017, Plaintiffs filed an unopposed motion for an Order establishing a program and schedule for notice to the class of pending class action (Dkt. No. 109);

WHEREAS, the Notice of Pendency of Class Action required any class member seeking exclusion to timely mail a request for exclusion no later than March 19, 2018 (Dkt. No. 109-1);

STIP. & ORDER RE AMENDMENT TO THE NOTICE
OF PENDENCY OF CLASS ACTION
C16-1069 RSM
-1-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

WHEREAS, on December 22, 2017, the Court entered an Order granting Plaintiffs' unopposed motion for an Order establishing a program and schedule for notice to the class of pending class action, and approved the Notice of Pendency of Class Action and the Summary Notice (Dkt. No. 110);

WHEREAS, the parties have been working with the claims administrator to identify a complete list of shareholders identified on the books and records of the Company;

WHEREAS, the average time required to allow a shareholder to request exclusion is typically between 45 and 60 days from the date the notice is mailed;

WHEREAS, some shareholders may not have sufficient time to request exclusion from the deadline given that the current deadline is on March 19, 2018;

NOW, THEREFORE, the parties stipulate and agree as follows:

1) Plaintiffs shall initiate mailing of the notice of pendency of class action within ten (10) business days of the Court's Order approving this stipulation (the "Notice Date");

2) Plaintiffs shall modify the exclusion deadline in the notice of pendency of class action, and the new exclusion deadline shall be within sixty (60) days of the Notice Date.

3) The parties request that the Court enter the order proposed below.

**IT IS SO STIPULATED.**

Dated: February 26, 2018

*s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 732-3752
email: cliff.cantor@outlook.com

*Liaison Counsel for the Class*

**POMERANTZ LLP**
Patrick V. Dahlstrom
Leigh H. Smollar
Omar Jafri
Ten South La Salle Street, Suite 3505

STIP. & ORDER RE AMENDMENT TO THE NOTICE
OF PENDENCY OF CLASS ACTION
C16-1069 RSM

-2-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

Chicago, Illinois 60603  
Tel:     (312) 377-1181  
Fax:     (312) 377-1184  
email:  pdahlstrom@pomlaw.com  
           lsmollar@pomlaw.com  
           ojafri@pomlaw.com  

**POMERANTZ LLP**  
Jeremy A. Lieberman  
J. Alexander Hood II  
600 Third Avenue, 20th Floor  
New York, New York 10016  
Tel:     (212) 661-1100  
Fax:     (212) 661-8665  
email:  jalieberman@pomlaw.com  
           ahood@pomlaw.com  

*Lead Counsel for the Class*

*s/ Gregory L. Watts*  
Gregory L. Watts, WSBA #43995  
**WILSON SONSINI GOODRICH & ROSATI, PC**  
701 Fifth Avenue, Suite 5100  
Seattle, Washington 98104  
Tel:     (206) 883-2500  
Fax:     (206) 883-2699  
gwatts@wsgr.com  

Nina F. Locker, pro hac vice  
Ignacio E. Salceda, pro hac vice  
Joni Ostler, pro hac vice  
650 Page Mill Road  
Palo Alto, CA 94304  
Tel:     (650) 849-3457  
Fax:     (650) 493-6811  
nlocker@wsgr.com  
isalceda@wsgr.com  
jostler@wsgr.com  

Daniel Slifkin  
Karin A. DeMasi  
Lauren M. Rosenberg  
**CRAVATH, SWAINE & MOORE LLP**  
825 Eighth Avenue  
New York, NY  10019  
Tel:     (212) 474-1000  
Fax:     (212) 474-3700  

STIP. & ORDER RE AMENDMENT TO THE NOTICE  
OF PENDENCY OF CLASS ACTION  
C16-1069 RSM  
-3-  

Law Offices of  
Clifford A. Cantor, P.C.  
627 208th Avenue SE  
Sammamish, Washington 98074-7033  
Tel: (425) 868-7813  •  Fax: (425) 732-3752

dslifkin@cravath.com
kdemasi@cravath.com
lrosenberg@cravath.com

Attorneys for Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr, and Mark J. Gilbert

**ORDER**

**IT IS SO ORDERED.**

Dated: February 28, 2018

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

*s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Fax: (425) 732-3752
email: cliff.cantor@outlook.com

*Liaison Counsel for the Class*

STIP. & ORDER RE AMENDMENT TO THE NOTICE
OF PENDENCY OF CLASS ACTION
C16-1069 RSM

-4-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752