UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| In re JUNO THERAPEUTICS, INC. | No. C16-1069 RSM<br><br>**STIPULATION AND ORDER RE OVERLENGTH MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

Class Plaintiffs Susan Tan and Gilbert H. Nguyen ("Class Plaintiffs") and Defendants Juno Therapeutics, Inc., Hans E. Bishop, Steven D. Harr and Mark J. Gilbert (collectively, "Defendants"), **STIPULATE** as follows:

1. Following two in-person mediations, Plaintiffs and Defendants have agreed in principle to a class-action settlement of this action, subject to Court approval pursuant to Federal Rule of Civil Procedure 23(e).

2. Plaintiffs will file a motion for preliminary approval. Part of that motion requests preliminary approval of the general settlement terms. Another part will request approval of a plan of notice (the language of the notice and the method of giving it). And another part will seek preliminary approval of a plan of distribution.

3. To present the preliminary approval motion with sufficient detail to adequately inform the Court and for the Court to determine preliminarily the fairness of the proposed settlement and all of its aspects, the parties believe that Plaintiffs will need 14 pages, which is 2

STIP. & ORDER RE OVERLENGTH MOTION
No. C16-1069 RSM -1-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

pages beyond the usual 12-page limit for motions of this type. *See* LCR 7(e)(2).

4. The parties request that the Court enter the proposed order below.

Dated: June 28, 2018

| For Plaintiffs: | For Defendants: |
|---|---|
| *s/ Cliff Cantor* | *s/ Robert Sulkin* |
| By: Cliff Cantor, WSBA # 17893 | By: Robert M. Sulkin, WSBA # 15425 |
| LAW OFFICES OF | Malaika M. Eaton |
|   CLIFFORD A. CANTOR, P.C. | Claire Martirosian |
| 627 208th Ave. SE | MCNAUL EBEL NAWROT & |
| Sammamish, WA 98074 |   HELGREN PLLC |
| Tel:   (425) 868-7813 | 600 University Street, Suite 2700 |
| Fax:  (425) 732-3752 | Seattle, WA 98101-3143 |
| email: cliff.cantor@outlook.com | Tel:   (206) 467-1816 |
| | Fax:  (206) 624-5128 |
| *Liaison Counsel for the Class* | email:  rsulkin@mcnaul.com |
| |         meaton@mcnaul.com |
| POMERANTZ LLP |         cmartirosian@mcnaul.com |
| Patrick V. Dahlstrom | |
| Leigh H. Smollar | Daniel Slifkin |
| Omar Jafri | Karin A. DeMasi |
| Ten South La Salle Street, Suite 3505 | Lauren M. Rosenberg |
| Chicago, IL 60603 | CRAVATH, SWAINE & MOORE LLP |
| Tel:      (312) 377-1181 | 825 Eighth Avenue |
| Fax:     (312) 377-1184 | New York, NY 10019 |
| email: pdahlstrom@pomlaw.com | Tel:   (212) 474-1000 |
|        lsmollar@pomlaw.com | Fax:  (212) 474-3700 |
|        ojafri@pomlaw.com | email:  dslifkin@cravath.com |
| |         kdemasi@cravath.com |
| POMERANTZ LLP |         lrosenberg@cravath.com |
| Jeremy A. Lieberman | |
| J. Alexander Hood II | *Attorneys for Defendants Juno Therapeutics,* |
| 600 Third Avenue, 20th Floor | *Inc., Hans E. Bishop, Steven D. Harr, and* |
| New York, NY 10016 | *Mark J. Gilbert* |
| Tel:   (212) 661-1100 | |
| Fax:  (212) 661-8665 | |
| email: jalieberman@pomlaw.com | |
|        ahood@pomlaw.com | |
| | |
| *Lead Counsel for the Class* | |

STIP. & ORDER RE OVERLENGTH MOTION
No. C16-1069 RSM

-2-

LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752

# ORDER

IT IS SO ORDERED. Plaintiffs may file a preliminary approval motion of up to 14 pages.

Dated: June 29, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

*s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893
LAW OFFICES OF CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel:   (425) 868-7813
Fax:   (425) 732-3752
email:  cliff.cantor@outlook.com

*Liaison Counsel for the Class*

STIP. & ORDER RE OVERLENGTH MOTION
No. C16-1069 RSM

-3-

Law Offices of
Clifford A. Cantor, P.C.
627 208th Avenue SE
Sammamish, Washington 98074-7033
Tel: (425) 868-7813 • Fax: (425) 732-3752