The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE JUNO THERAPEUTICS INC.

No. C16-1069 RSM

**APPLICATION FOR AN ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUND**

NOTE ON MOTION CALENDAR:
Friday, September 6, 2019



LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813

Class Counsel seek an order from the Court directing distribution of the Class Settlement Fund. A proposed order accompanies this application.

Pomerantz LLP ("Class Counsel") and the Law Offices of Clifford A. Cantor, P.C. submit this Application pursuant to the Stipulation and Agreement of Settlement with Defendants dated July 31, 2018 (the "Stipulation").

By Order and Final Judgment dated November 20, 2018 (the "Final Order"), this Court approved the Settlement and directed the parties to consummate the Stipulation in accordance with its terms and provisions. Paragraph XIV (F) of the Stipulation requires Class Counsel to apply to the Court, on notice to Defendants' Counsel, for an Order ("Class Distribution Order") approving the Claims Administrator's administrative determinations concerning the acceptance and rejection of claims submitted herein, approving any fees and expenses of the Claims Administrator not previously applied for, and directing payment of the Net Settlement Fund to Authorized Claimants.

Pursuant to the Stipulation, Class Counsel applies for a Class Distribution Order.

## I. BACKGROUND[1]

Following the filing of (i) the Stipulation, (ii) Plaintiffs' motions for preliminary and final approval of settlement, and (iii) the Court's November 20, 2018 Final Order, this action has been settled pursuant to the terms of the Stipulation. The Stipulation (ECF No. 120-1) provided a Gross Settlement Fund of $24,000,000.00 to be paid exclusively by Defendants. *See* Stipulation, VII(A).

The Court approved Plaintiffs' Motion for an Award of Attorneys' Fees and Reimbursement of Expenses in the November 20, 2018 Order Approving Attorneys' Fees and Expenses (the "Fee Order") (ECF No. 129), and an award to each Class Plaintiff of $10,000 – all to be paid from the Settlement Fund. Pursuant to the Stipulation, $150,000 of the Settlement Fund was permitted to be used to cover Notice and Administration Expenses, without further order of the Court. *See* Stipulation, X (A).

Class Counsel has been advised by the court-appointed claims administrator, A.B. Data,

[1] Unless otherwise defined, capitalized terms herein have the same meanings attributed to them in the Stipulation. *See* ECF No. 120-1.



LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813

Inc. ("A.B. Data"), that it has completed all analyses and accounting procedures in connection with the proofs of claim (the "Claims") submitted by those persons who responded to the Notice, and has determined which of those persons are Authorized Claimants as defined by the Stipulation. *See* Schachter Declaration at ¶¶ 4-15. All that remains to complete the Settlement process is to distribute the Net Settlement Fund[2] to the Authorized Claimants. Class Counsel request that the Court enter the proposed Class Distribution Order, so that the Claims Administrator can pay the Authorized Claimants from the Net Settlement Fund.

Class Counsel have also been advised that A.B. Data has incurred additional costs in administering the claims process for which it seeks the Court's approval for reimbursement of additional costs in addition to the heretofore approved amount to cover Notice and Administration Expenses. *See* Stipulation, X(A). Accordingly, Class Counsel request the Court to approve an additional reimbursement to A.B. Data in the amount of $55,532.78.

## II. DETERMINATION OF AUTHORIZED CLAIMS

### A. Deficient and Ineligible Claims

Pursuant to the Court's Preliminary Approval Order dated December 22, 2017 (ECF No. 110) all Claims were to be submitted to the Claims Administrator postmarked no later than November 6, 2018. The Claims Administrator has finalized its determination of which Claims are authorized and which are ineligible. Schachter Declaration ¶ 4.

A.B. Data initially identified inadequately documented Claims. *Id.* at ¶ 17. When Claims were inadequately documented, A.B. Data sent claimants deficiency notices advising them of the deficiency, and they were given the opportunity to cure the deficiency. *Id.* at ¶ 18. A total of 70 deficient Claims were never cured. *Id.* at ¶ 35. A.B. Data identified an additional 2597 Claims that did not fit the definition of the Class, were duplicate Claims, were withdrawn or did not result in a recognized loss. *Id.* The rejection letters advised claimants that, if they did not agree with

---

[2] The Net Settlement Fund is defined as the Settlement Fund, less: (i) attorneys' fees and expenses; (ii) taxes and tax expenses; (iii) Notice and Administration Expenses; and (iv) reimbursement awards to Class Plaintiffs, if any.



LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813

A.B. Data's administrative determination, they had the right to request judicial review of their Proof of Claim. *Id.* at ¶ 18. A.B. Data received three letters from claimants contesting its administrative determination with respect to their Proof of Claims, but those claimants subsequently withdrew their objections and retracted their requests following a discussion with A.B. Data. *Id.* at ¶ 26. Plaintiffs respectfully request that the Court approve the Claim Administrator's recommendation to disallow the ineligible and deficient claims set forth in Exhibit F to the Schachter Declaration.

**B. Untimely but Otherwise Valid Claims**

As set forth in the Notice, Class Members seeking to be eligible to participate in the Settlement were required to submit a Claim Form, along with supporting documentation, to the Claims Administrator postmarked no later than November 6, 2018.

A total of six hundred and two (602) Claim forms were submitted after the Court-approved November 6, 2018 deadline, of which the Claims Administrator determined one hundred and twenty-nine (129) to be otherwise valid but for being submitted after the deadline. Schachter Declaration at ¶ 27. The untimely filed Claims have not caused significant delay to the distribution of the Net Settlement Fund or otherwise prejudiced any Authorized Claimant or Defendant. *See Dahingo v. Royal Caribbean Cruises Ltd.*, 312 F. Supp. 2d 440, 446 (S.D.N.Y. 2004), *citing In re "Agent Orange" Product Liability Litig.*, 689 F. Supp. 1250, 1261-63 (E.D.N.Y. 1988) (court allowing previously opted-out claims since settlement agreement established a fixed fund, and timely claims having "no justifiable expectation in any particular pay-out."); *see also In re Orthopedic Bone Screw Prods. Liab. Litig.*, 246 F.3d 315, 321 (3d Cir. 2001) (court allowing late claim on "finite pool of assets."). Class Counsel respectfully request that the Court approve the 129 untimely but otherwise valid Claims as listed in Exhibit E of the Schachter Declaration.

**III. DISTRIBUTION OF THE NET SETTLEMENT FUND**

The Claims Administrator has now finished processing all Claims. Class Counsel requests that the Court approve A.B. Data's administrative recommendations to accept in whole or in part, as appropriate, the 2,553 Claims deemed acceptable (including late but otherwise eligible claims)



LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813

set forth in Exhibits D and E to the Schachter Declaration. These 2,553 Claims collectively represent a Recognized Loss of $159,699,233. Schachter Decl. at ¶¶ 33-34. As of the filing of this motion, Class Counsel and the Claims Administrator are not aware of any disputed Claim determination that a claimant wishes the Court to review. *Id.* at ¶ 26.

Upon the issuance of the Court's Class Distribution Order, A.B. Data will distribute the entire available balance of the Net Settlement Fund to Authorized Claimants in an initial distribution ("Initial Distribution"), after deducting the payments previously allowed and requested herein, and after payment of any estimated taxes and the costs of preparing appropriate tax returns and any escrow fees. *Id.* at ¶ 38(a)(i)-(vi). Each Authorized Claimant's *pro rata* share of the Net Settlement Fund will be based on the claimant's total Recognized Losses in comparison to the total Recognized Losses of all Authorized Claimants, after eliminating Claimants who would have received less than $20.00. *Id.* To encourage Authorized Claimants to promptly cash their distributions and to avoid or reduce future expenses relating to unpaid distributions, Class Counsel proposes that all the distribution checks bear the notation: "DEPOSIT PROMPTLY. VOID AND SUBJECT TO REDISTRIBUTION IF NOT NEGOTIATED WITHIN 120 DAYS OF DISTRIBUTION." *Id.* at ¶ 38(a)(v).

If there is any balance remaining in the Net Settlement Fund after the Initial Distribution, Class Counsel and the Claims Administrator recommend that, if economically feasible, such remainder be allocated in a second distribution ("Second Distribution") to Authorized Claimants who cashed their checks from the initial distribution and would receive at least $20.00 from the redistribution. *Id.* at ¶ 38(b). If any funds remain in the Net Settlement Fund nine (9) months after the Second Distribution, or as reasonably soon thereafter, and A.B. Data in consultation with Class Counsel determine it is cost-effective to do so, the additional funds can be redistributed to Authorized Claimants who have cashed their Second Distribution checks and who would receive at least $20.00 from the redistribution, with additional distributions thereafter in six-month intervals. *Id.* at ¶ 38(c). These redistributions will be subject to payment of any unpaid fees and expenses incurred in administering the Settlement. *Id.*



LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813

Finally, if after the above distributions and payments, there are any remaining funds in the Net Settlement Fund, the remaining balance shall be contributed to a nonsectarian, not-for-profit organization chosen and approved by the Court and identified in the Court's Class Distribution Order. *Id.* at ¶ 38(d).

## IV. FEES AND EXPENSES OF CLAIMS ADMINISTRATOR

Pursuant to paragraph X(A) of the Stipulation, Lead Counsel applies to the Court, with due notice to Defendants' Counsel, for an Order approving payment of the additional fees and expenses of the Claims Administrator. In accordance with the Claims Administrator's agreement with Lead Counsel to act as the Claims Administrator herein, the Claims Administrator was responsible for mailing notice to the Class, processing the Claims, preparing the tax returns for the Settlement Fund, and distributing the Net Settlement Fund to Authorized Claimants. As set forth in Exhibit G to the Schachter Declaration, the Claims Administrator's fees and expenses for its work on behalf of the Class total $205,532.78. The Court heretofore approved $150,000.00 for the costs associated with the Notice and Settlement process. As such, A.B. Data has outstanding invoices in the amount of $55,532.78 that are unpaid. Class Counsel, therefore, respectfully request that the Court direct and authorize the payment from the Settlement Fund of the $55,532.78 balance due to A.B Data.

## V. RECORD RETENTION AND DESTRUCTION

Class Counsel additionally requests that A.B Data be permitted to destroy paper and electronic copies of Claims and all supporting documentation one year from the final distribution date. *Id.* at ¶ 38(e).

## VI. CONCLUSION

Class Counsel respectfully request that the Court enter the Proposed Order submitted with this application.

Dated: August 22, 2019



LAW OFFICES OF
CLIFFORD A. CANTOR, P.C.
627 208th Ave. SE
Sammamish, WA 98074
Tel (425) 868-7813

Respectfully,

*/s/ Cliff Cantor*
By: Cliff Cantor, WSBA # 17893

**LAW OFFICES OF CLIFFORD A. CANTOR, P.C.**
627 208th Ave. SE
Sammamish, WA 98074
Tel: (425) 868-7813
Email: cliff.cantor@outlook.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Leigh H. Smollar
Omar Jafri
10 South LaSalle Street, Suite 3500
Chicago, IL 60603
Tel: (312) 377-1181
Fax: (312) 229-8811
Email: pdahlstrom@pomlaw.com
lsmollar@pomlaw.com
ojafri@pomlaw.com

CERTIFICATE OF SERVICE

I certify that on August 22, 2019 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

*/s/ Cliff Cantor*