UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| IN RE JUNO THERAPEUTICS INC. | No. C16-1069 RSM<br><br>**ORDER FOR DISTRIBUTION OF CLASS SETTLEMENT FUND** |

Based on good cause, the Court hereby ORDERS as follows:

1. The funds that are currently in the Net Settlement Fund (less any necessary amounts to be withheld for payment of potential tax liabilities and related fees and expenses) shall be distributed on a *pro rata* basis to the Authorized Claimants identified in Exhibits D and E to the Declaration of Eric Schachter In Support of Class Representatives' Application For Authorization To Distribute Net Settlement Fund ("Schachter Declaration"), at the direction of Pomerantz LLP ("Class Counsel"), pursuant to the Stipulation and Agreement of Settlement dated July 31, 2018 (the "Stipulation") and the Plan of Allocation of the Net Settlement Fund set forth in the Notice of Pendency and Settlement of Class Action that was distributed pursuant to this Court's prior Order.

2. Any person asserting any rejected or subsequently filed claims after July 18, 2019 are finally and forever barred.

3. The Court finds that the administration of the Settlement and proposed distribution of the Net Settlement Fund comply with the terms of the Stipulation and the Plan of Allocation and that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Settlement Fund (including, but not limited to Class Counsel and A.B. Data, Inc. ("A.B. Data")) are released and discharged from any and all claims arising out of such involvement, and all Class Members are barred from making any further claims against the Net Settlement Fund or the Released Parties beyond the amount allocated to them pursuant to this Order.

4. The checks for distribution to Authorized Claimants shall bear the notation "DEPOSIT PROMPTLY. VOID AND SUBJECT TO REDISTRIBUTION IF NOT NEGOTIATED WITHIN 120 DAYS OF DISTRIBUTION." Class Counsel and the court-appointed Claims Administrator, A.B. Data, are authorized to locate and/or contact any Authorized Claimant who has not cashed his, her or its check within said time.

5. To the extent that any amount of the Settlement Fund remains after the Claims Administrator has caused distributions to be made to all Authorized Claimants whether by reason

of uncashed distributions or otherwise, then, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants cash their distributions, any balance remaining in the Settlement Fund nine (9) months after the initial distribution of such funds shall be re-distributed to Authorized Claimants who have cashed their initial distributions, after payment of any unpaid Taxes and Tax Expenses or any unpaid costs or fees incurred in administering the Settlement Fund for such re-distribution if Class Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses that would be incurred with respect to such re-distributions, would be cost-effective. Further re-distributions to Authorized Claimants who have cashed their prior distribution checks may occur thereafter if Class Counsel, in consultation with the Claims Administrator, determines that further re-distributions, after the deduction of any additional fees and expenses that would be incurred with respect to such re-distributions, would be cost effective. At such time as it is determined that the re-distribution of funds remaining in the Settlement Fund is not cost-effective, the remaining balance in the Settlement Fund shall be contributed to the 501(c)(3) non-profit organization Recovery Café, located at 2022 Boren Avenue Seattle, WA 98121.

6. The Court directs and authorizes the payment from the Settlement Fund of the $55,532.78 to the Claims Administrator.

7. Following distribution of the Net Settlement Fund, A.B. Data is hereby ordered to maintain the completed Proofs of Claims on file for one year after the final distribution date.

8. This Court retains jurisdiction over any further application or matter which may arise in connection with this action.

IT IS SO ORDERED.

Dated: September 11th, 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE